```
JERRY GOULD
Gould Auction and Appraisal Company
30602 Imperial Street
Shafter, CA 93263
(661) 587-3123
```

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of<br>Simona Pasillas,<br><br><br>Debtor(s). | Case No. 21-10368-B-7<br>Chapter 7<br>D.C. No. JES-2<br>Amended Return of Sale |

JERRY GOULD, auctioneer, respectfully represents to this Court that under and pursuant to the order of this Court heretofore made and entered, certain assets of the estate have been sold.

Notice of Sale was properly given. The property was sold to the highest and best bidder for said property, and the price was the best and highest bid received therefor. Attached hereto and incorporated by reference herein is a copy of the Settlement Statement.

WHEREFORE, auctioneer respectfully requests that he be authorized and directed to deliver said property to said purchaser upon receipt of the purchase price thereof.

DATED: September 3rd, 2021

_____
JERRY GOULD

srtn-gould

# PROOF OF SERVICE

I, the undersigned, whose address appears below certify that I am and at all times hereinafter mentioned was more than 18 years of age.

That on September 3rd, 2021, I served a true copy of RETURN ON SALE by U.S. Mail, First Class Postage Prepaid, on the following persons:

| | |
|---|---|
| U.S. TRUSTEE<br>2500 Tulare St. Suite #1401<br>Fresno, CA 93721 | James E. Salven<br>Chapter 7 Trustee<br>P.O. Box 25970<br>Fresno, California   93729 |
| U.S. BANKRUPTCY COURT<br>2500 Tulare St. Suite #2501<br>Fresno, CA 93721 | |

Said document was deposited with postage thereon fully prepaid with the U.S. Postal Service the same day in the ordinary course of business.

I certify under penalty of perjury that the foregoing is true and correct.

DATED  September 3rd, 2021

*Linda R Sanderson*
Linda R. Sanderson

| LOT | CONS | DESCRIPTION | BUYER | PRICE : | |
|---|---|---|---|---|---|
| | | **CONSIGNOR:** | | | |
| | | Simona Pasillas | | | |
| | | Case 21-10368-B-7 | | | |
| | | James E. Salven | | | |
| | | 7/17/2021 | | | |
| 495 | 4 | 2008 Wabash 53' Reefer | 349 | 5,500.00 | Juan Valenzuela |
| | | vin#1JJV532w88l147405 | | | 45555 N Division |
| | | lic#4PE4196 | | | Lancaster, Ca 93535 |
| 496 | 4 | 2008 Wabash 53' Reefer | 5071 | 5,000.00 | Gatica and Marin Trucking Inc |
| | | vin#1JJV532W48L147658 | | | 3025 Lashbrook Apt 1 |
| | | lic#4RN5768 | | | El Monte, Ca 91733 |
| | | | | 10,500.00 | |



**Gould Auction & Appraisal Co. LLC**

*Member of American Society Farm Equipment Appraisers*

9/3/21
James E. Salven
Chapter 7 Trustee
P.O. Box 25970
Fresno, Ca. 93729

Attn: James E. Salven

Thank you for allowing Gould Auction & Appraisal to sell the assets from the Estate of Simona Pasillas Case No. 21-10368-B-7. Please see the following: Gross sale amount, commission, and expenses due Gould Auction for this sale.

| | |
|---|---:|
| Total Gross Amount | $10,500.00 |
| Less 15% Commission | $1,575.00 |
| Less Freight to Yard/Storage | $1600.00 |
| | |
| Net | $7325.00 |

If you have any questions per the above, due not hesitate to call.

Sincerely

Jerry A. Gould

*Integrity • Experience • Results*

**GSA TRUCKING, LLC**
PO BOX 452
WASCO, CA 93280 US
6613317945
gsatrucks@gmail.com

# Invoice

| BILL TO | SHIP TO |
|---|---|
| GOULD AUCTION & APPRAISAL CO<br>6200 PRICE WAY<br>BAKERSFIELD, CA 93308 | GOULD AUCTION & APPRAISAL CO<br>GOULD AUCTION & APPRAISAL CO<br>6200 PRICE WAY<br>BAKERSFIELD, CA 93308 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 4185 | 04/26/2021 | $400.00 | 05/26/2021 | Net 30 | |

| DATE | ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| | LABOR | HAULED TRAILER<br>VIN#1JJV532W48L147658<br>DATE WORKED: 4/26/21<br>POINT OF ORIGIN: GOULD AUCTION 13386 AVE 412 OROSI, CA<br>POINT OF DESTINATION: GOULD AUCTION BAKERSFIELD, CA<br>TICKET #7013593 | 1 | 400.00 | 400.00 |

**BALANCE DUE**     **$400.00**

**TRUCKING, LLC**  
BOX 452  
SCO, CA  93280 US  
3317945  
trucks@gmail.com

**Invoice**

| BILL TO | SHIP TO |
|---|---|
| GOULD AUCTION & APPRAISAL CO<br>6200 PRICE WAY<br>BAKERSFIELD, CA  93308 | GOULD AUCTION & APPRAISAL CO<br>GOULD AUCTION & APPRAISAL CO<br>6200 PRICE WAY<br>BAKERSFIELD, CA 93308 |

| INVOICE # | DATE | TOTAL DUE | DUE DATE | TERMS | ENCLOSED |
|---|---|---|---|---|---|
| 3 | 04/26/2021 | $400.00 | 05/26/2021 | Net 30 | |

| ACTIVITY | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| LABOR | HAULED 53' REF TRAILER<br>VIN#1JJV532W88L147405<br>DATE WORKED: 4/26/21<br>POINT OF ORIGIN: 13386 AVE 412 OROSL, CA<br>POINT OF DESTINATION: 6200 PRICE WAY BAKERSFIELD, CA<br>TICKET #6522025 | 1 | 400.00 | 400.00 |

BALANCE DUE  **$400.00**

INVOICE
Sept. 3rd ,21

# GOULD AUCTION & APPRAISAL LLC

30602 Imperial Street
Shafter, Ca.   93263

TO:  Simona Pasillas
　　　Case 21-10368-B-7

| Quantity | Description | | |
|---|---|---|---|
| | Storage on Reefer#47405<br>　　　　　Reefer#47658 | | $400.00<br>$400.00 |
| | Total | | $800.00 |

Make all checks payable to **GOULD AUCTION**
THANK YOU